# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

PIERRE JOSEPH PETERS,
    Plaintiff,

v.                        Case No. 14-CV-358

CRYSTAL CHEVALIER,
LAURIE BOIVIN,
CRAIG CORN,
LISA WAUKAU,
RUTH WAUPOOSE,
GARY BESAW,
RANDY REITER,
VYRON DIXON III, and
ORMAN WAUKAU,
    Defendants,

## DECISION AND ORDER

On March 28, 2014, plaintiff Pierre Joseph Peters filed a pro se complaint under 42 U.S.C. § 1983. He also filed a motion for leave to proceed in forma pauperis, but he did not include a certified copy of his prison trust account statement for the six months prior to filing his complaint, which is necessary to calculate plaintiff's initial partial filing fee. See 28 U.S.C. § 1915A. A letter asking plaintiff to submit his trust account statement was returned as undeliverable on April 4, 2014, and the court has not received any communication from plaintiff since he filed his complaint. I will construe both the failure to communicate with the court and the failure to submit a trust account statement with the motion for leave to proceed in forma pauperis as an indication that plaintiff no longer wishes to prosecute this case.

**THEREFORE, IT IS ORDERED** that this action be **DISMISSED WITHOUT PREJUDICE** for lack of prosecution pursuant to Civil Local Rule 41(c) (E.D. Wis.) (copy attached) and Federal Rule of Civil Procedure 41(b). Under Civil Local Rule 41(c), plaintiff may petition for reinstatement of the action within 21 days.

Dated at Milwaukee, Wisconsin, this 26th day of May, 2014.

                                            s/ Lynn Adelman
                                            _____
                                            LYNN ADELMAN
                                            District Judge

**Civil L. R. 41. Dismissal of Actions.**

**(c) Dismissal for Lack of Diligence.** Whenever it appears to the Court that the plaintiff is not diligently prosecuting the action, the Court may enter an order of dismissal with or without prejudice. Any affected party may petition for reinstatement of the action within 21 days.